### IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JAMES LAWSON,** § | | |
| *Plaintiff* § | | |
| § | | |
| **v.** § | | SA-15-CV-00559-DAE |
| § | | |
| **CITY OF SAN ANTONIO,** § | | |
| *Defendant* § | | |

### PLAINTIFF'S UNOPPOSED STIPULATION OF DISMISSAL AGAINST DEFENDANT CITY OF SAN ANTONIO, TEXAS

TO THE HONORABLE DAVID EZRA:

**NOW COMES** Plaintiff, JAMES LAWSON, and files Plaintiff's Unopposed Stipulation of Dismissal of Claims Against Defendant City of San Antonio, Texas, showing unto this honorable Court as follows:

1. Plaintiff filed Plaintiff's Original Complaint on July 8, 2015.

2. At this time, Plaintiff moves to dismiss this suit against City of San Antonio, Texas.

3. Defendant City of San Antonio, Texas, who has filed an answer, agrees to the dismissal.

4. This case is not a class action and a receiver has not been appointed.

5. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this cause.

6. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that the Court dismiss Plaintiff's claims against City of San Antonio, Texas, without prejudice and grant all further relief, either at law or equity, to which they may be justly entitled.

Respectfully Submitted,

/s/ Edward I. Zwilling
Edward I. Zwilling, Esq.
Ala. Bar No. ASB-1564-L54E
Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
Telephone:     (205) 822-2701
Facsimile:      (205) 822-2702
Email:  ezwilling@szalaw.com


/s/ Deborah Lynne Klein
Deborah Lynne Klein, Esq.
Andrew Segovia, City Attorney
Office of the City Attorney
Litigation Division
100 West Houston Street, 18th Floor
San Antonio, TX 78205